UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

MARY L. KAY

                Plaintiff,

     -against-                                 17 Civ. 9058 (PAE) (OTW)

NEW YORK CITY DEPARTMENT OF EDUCATION

               Defendant.
------------------------------------------------------X

NOTICE OF LIMITED APPEARANCE OF *PRO BONO* COUNSEL

To the Clerk of this Court and all parties of record:

    Enter my appearance as *pro bono* counsel in this case on behalf of:

    Mary L. Kay [party]

    for the limited purpose of deposition practice and any other discovery matters. I certify that I am admitted to practice in this Court.

10/24/2018
Date

/s/ Anthony Lauriello
Signature

Anthony Lauriello
Print Name                Bar No.

Cravath, Swaine & Moore, 825 Eighth Avenue
Address

New York      NY      10019
City           State      Zip Code

(212) 474-1000
Phone No.              Fax. No.

alauriello@cravath.com
Email Address