UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
MARY L. KAY, :
:
                     Plaintiff, :        No. 17-CV-9058 (PAE) (OTW)
:
      -against- :        **ORDER**
:
NEW YORK CITY DEPT. OF EDUCATION, :
:
                    Defendant. :
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a Status Conference in this matter on November 19, 2019.

Discovery closed on November 15, 2019. The parties shall refer to Judge Engelmayer's Individual Practices for post-discovery submission deadlines.

As discussed at the conference, the Court will hold a Pre-Settlement Telephone Call on **Wednesday, December 4, 2019 at 4:30 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

**SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: November 19, 2019                                  **Ona T. Wang**
       New York, New York                      United States Magistrate Judge